UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MARC DELOSIER,<br><br>    Plaintiff,<br><br>    -v-<br><br>PHILLIPS & COHEN ASSOCIATES, LTD.,<br><br>    Defendant. | Case No.: 0:19-cv-00109-DSD-DTS |

**JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND**

It is hereby STIPULATED and AGREED by and between counsel for Plaintiff, Marc DeLosier and Defendant Phillips & Cohen Associates, Ltd. ("PCA"), and pursuant to Federal Rule of Civil Procedure 6, that Defendant shall have up to and including February 21, 2019 to answer, respond, or otherwise plead in response to Plaintiff's Complaint. The answer to the Complaint was initially due on February 7, 2019.

Date:  February 6, 2019                                     Respectfully Submitted,

By: */s/ Patrick J. Helwig*
    Patrick J. Helwig
    Minnesota Bar No. 0391787
    Barry & Helwig, LLC
    2828 University Ave. SE, Suite 202
    Minneapolis, Minnesota 55414
    Telephone: (612) 379-8800
    Facsimile: (612) 379-8810
    Email: phelwig@lawpoint.com

    *Attorney for Plaintiff*

By: */s/ Patrick D. Newman*
    Patrick D. Newman
    Minnesota Bar No. 395864
    Bassford Remele
    100 South 5th Street, Suite 1500
    Minneapolis, Minnesota 55402
    Telephone: (612) 333-3000
    Facsimile: (612) 746-1232
    E-mail: pnewman@bassford.com

    *Attorney for Defendant*

37834008v4